UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INDEX OF EXHIBITS

**Exhibit 1:**   Criminal Citation Issued to Pro-Life Activist