IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY DOMSIC and CYDNEY DOMSIC,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF EASTPOINTE, MICHIGAN; GEORGE ROUHIB, individually and in his official capacity as the Public Safety Director, City of Eastpointe, Michigan; and OFFICER WIEDERHOLD, individually and in his official capacity as a Police Officer, City of Eastpointe Police Department, City of Eastpointe, Michigan,<br><br>   Defendants. | No. 2:22−cv−12517−MAG−KGA<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>Hon. Mark A. Goldsmith |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Jeffrey Domsic and Cydney Domsic hereby voluntarily dismiss, without prejudice, their Complaint (ECF No. 1) filed in this action.

    Respectfully submitted,

    AMERICAN FREEDOM LAW CENTER

    */s/ Robert J. Muise*
    Robert J. Muise, Esq. (P62849)
    Kate Oliveri, Esq. (P79932)
    P.O. Box 131098
    Ann Arbor, Michigan 48113
    Tel: (734) 635-3756
    rmuise@americanfreedomlawcenter.org

/s/ *David Yerushalmi*
David Yerushalmi, Esq. (Ariz. Bar No. 009616;
DC Bar No. 978179; Cal. Bar No. 132011;
NY Bar No. 4632568)
2020 Pennsylvania Avenue NW, Suite 189
Washington, D.C. 20006
Tel: (646) 262-0500
Fax: (801) 760-3901
dyerushalmi@americanfreedomlawcenter.org

*Counsel for Plaintiffs*